1  Neama Rahmani (State Bar No. 223819)
   *efilings@westcoasttriallawyers.com*
2  Ronald L. Zambrano (State Bar No. 255613)
   *ron@westcoasttriallawyers.com*
3  Crystal F. Mohsin (State Bar No. 333299)
   *crystal@westcoasttriallawyers.com*
4  Morgan A. Ruiz (State Bar No. 350242)
   *morgan@westcoasttriallawyers.com*
5  WEST COAST EMPLOYMENT LAWYERS, APLC
6  1147 South Hope Street
7  Los Angeles, California 90015
   Telephone: (213) 927-3700
8  Facsimile: (213) 927-3701

9  Attorneys for Plaintiff,
10 MONTRELL FRANKLIN, WILLY RHODES,
   and ANDREW ALCOVE

11 *[Counsel for Defendants listed on next page]*
12

13                UNITED STATES DISTRICT COURT
14                EASTERN DISTRICT OF CALIFORNIA
15

16 MONTRELL FRANKLIN, an Individual;        Case No.: 2:23−CV−02496−MCE−JDP
   WILLY RHODES, an Individual;
17 ANDREW ALCOVE, an Individual;
                                            **JOINT STIPULATION AND ORDER**
18                                          **FOR DISMISSAL WITH PREJUDICE**
            Plaintiffs,
19

20          v.                              Judge: Hon. Morrison C. England, Jr
21
   VELOCITY RAIL SOLUTIONS, INC., a
22 Utah Corporation; and DOES 1 through 10, Action Filed: September 25, 2023
   inclusive,
23
            Defendants.
24

25

26

27 //
28 //

-1-

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Mathew E. Farmer
*mfarmer@littler.com*
LITTLER MENDELSON P.C.
18565 Jamboree Road, Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201

Attorneys for Defendant
VELOCITY RAIL SOLUTIONS, INC.

**CONTINUED ON NEXT PAGE**

Plaintiffs Montrell Franklin, Willy Rhodes, Andrew Alcove and Defendants Velocity Rail Solutions, Inc., acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

//

//

Dated: June 21, 2024                    WEST COAST EMPLOYMENT LAWYERS, APLC

                                        By:  */s/ Crystal F. Mohsin*
                                             _____
                                             Ronald L. Zambrano, Esq.
                                             Crystal F. Mohsin, Esq.
                                             Attorneys for Plaintiffs,
                                             MONTRELL FRANKLIN, WILLY RHODES,
                                             And ANDREW ALCOVE

Dated: June 21, 2024                    LITTLER MENDELSON P.C.

                                        By:  */s/ Matthew E. Farmer*
                                             _____
                                             Matthew E. Farmer, Esq.
                                             Attorneys for Defendants,
                                             VELOCITY RAIL SOLUTIONS, INC.

-3-

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and counterclaims stated herein against all parties, with each party bearing that party's owner attorney's fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 21, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE